UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| TROY R. NORRED, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-CV-2061 EFM/DJW |
| | ) |
| MEDTRONIC, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO DISMISS COUNTERCLAIMS

Pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rules 7.1 and 7.6, Plaintiff Troy R. Norred, M.D. ("Plaintiff") respectfully moves for an Order dismissing with prejudice the first and second counterclaims filed by Medtronic, Inc., Medtronic Vascular, Inc., and Medtronic CoreValve, LLC (collectively, "Defendants") in the captioned cause. In support of this Motion, Plaintiff incorporates by reference his Memorandum of Law, filed and served concurrently herewith.

WHEREFORE, for the foregoing reasons, as more fully set forth in Plaintiff's Memorandum of Law, Defendants' first and second counterclaims should be dismissed with prejudice.

Respectfully submitted,

**GRAVES BARTLE MARCUS & GARRETT, LLC**

*/s/ David L. Marcus*
David L. Marcus, KS Bar No. 18034
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone: 816- 256-3181
Facsimile: 816- 222-0534
dmarcus@gbmglaw.com

-and-

**ERICKSON, KERNELL, DERUSSEAU & KLEYPAS, LLC**

*/s/ James J. Kernell*
James J. Kernell, KS Bar No. 19559
ERICKSON, KERNELL, DERUSSEAU
& KLEYPAS, LLC
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone: 913-549-4700
Facsimile: 913-549-4646
jjk@kcpatentlaw.com

Attorneys for Plaintiff Troy R. Norred

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court this 20th day of May, 2013, to be served by operation of the Court's electronic filing system upon the following:

Samuel F. Baxter
MCKOOL SMITH, PC
104 E. Houston Street, Suite 300
Marshall, TX 75670
sbaxter@mckoolsmith.com

James P. Frickleton
BARTIMUS, FRICKLETON, ROBERTSON & GORNY
11150 Overbrook Road, Suite 200
Leawood, KS 66211
jimf@bflawfirm.com

Theodore Stevenson, III
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, TX 75201
tstevenson@mckoolsmith.com

Attorneys for Defendants

    /s/ David L. Marcus_____
Attorney for Plaintiff