**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | | |
|---|---|---|
| TROY R. NORRED, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-CV-2061 EFM/TJJ |
| | ) | |
| MEDTRONIC, INC. et al, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE OF COURT TO SERVE**
**CORRECTED INITIAL INFRINGEMENT CONTENTIONS**

Pursuant to paragraph 4.a. of the Scheduling Order (Doc. 36), Plaintiff served upon Defendant his initial infringement contentions on November 8, 2013 (Exhibit A). Plaintiff has discovered that an element of claim 16 was omitted in the infringement contentions because of a clerical error. The element, which is identified as 16(a) and 16(a)(1) on page 3 of the attached Corrected Infringement Contentions (Exhibit B), was omitted from Plaintiff's Initial Infringement Contentions. This element is substantially the same element identified as 20(b) and 20(b)(1) on page 9 of Exhibit B, which was previously provided to Defendant. *See* p. 8, Ex. A.

Accordingly, Plaintiff respectfully requests leave of court to serve his Corrected Initial Infringement Contentions upon Defendant.

Respectfully submitted,

**ERICKSON, KERNELL, DERUSSEAU & KLEYPAS, LLC**

*/s/ James J. Kernell*
James J. Kernell, KS Bar No. 19559
8900 State Line Road, Suite 500
Leawood, Kansas 66206
Telephone:  913-549-4700
Facsimile:  913-549-4646
Email:  jjk@kcpatentlaw.com


-and-


**BARTLE & MARCUS LLC**
David L. Marcus, KS Bar No. 18034
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone:  816-256-3181
Facsimile:  816-222-0534
Email:  dmarcus@bmlawkc.com

Attorneys for Plaintiff Troy R. Norred, M.D.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was filed electronically with the Clerk of the Court this 11th day of February, 2014, to be served by operation of the Court's electronic filing system upon the following attorneys for Defendants:

Samuel F. Baxter
MCKOOL SMITH, PC
104 East Houston Street, Suite 300
Marshall, Texas 75670
sbaxter@mckoolsmith.com

James P. Frickleton
BARTIMUS, FRICKLETON, ROBERTSON & GORNY
11150 Overbrook Road, Suite 200
Leawood, Kansas 66211
jimf@bflawfirm.com

Theodore Stevenson, III
MCKOOL SMITH, PC
300 Crescent Court, Suite 1500
Dallas, Texas 75201
tstevenson@mckoolsmith.com

                                                         */s/ James J. Kernell*
                                                           James J. Kernell