# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **TROY R. NORRED, M.D.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 13-CV-2061 EFM/DJW |
| | ) |
| **MEDTRONIC, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S CORRECTED INITIAL INFRINGEMENT CONTENTIONS**

Pursuant to paragraph 4.a. of the Scheduling Order (Doc. 36), Plaintiff provides the following corrected initial infringement contentions.

a. <u>Claims infringed</u>

Claims 16, 19, 20 – 24 of U.S. Patent No. 6,482,228 are infringed.

b. <u>Accused Devices</u>

The Accused Devices include the CoreValve and the CoreValve Evolut. Each of these devices infringes each of the asserted claims.



c. <u>Claim Charts</u>

The structure of the CoreValve is essentially the same as the structure of the CoreValve Evolut. Accordingly, identification of each claim element and the corresponding structural element of the Accused Devices is only done for the CoreValve.

1                                                    EXHIBIT B

1. Claim 16

16. An aortic valve for regulating a blood flow through an aortic channel surrounded by an aortic wall upon placement therein, said valve comprising:

   (a) a ring member having

   (1) a circumference adapted to seat about an aortic wall surrounding an aortic channel, said ring including

   (2) an aperture for blood flow therethrough;

   (b) a membrane having

   (1) first and

   (2) second spaced-apart open ends, said membrane

   (3) made of a material resistant to a fluid flow therethrough; and

   (c) means for mounting said first open end of said membrane about said ring aperture with said second open end displaced therefrom, said means moving said membrane second end between

   (1) a first open position to allow a blood flow therethrough and

   (2) a second closed position to preclude a blood flow therethrough.

The Accused Devices infringe Claim 16 of the '228 Patent because all of the limitations of Claim 16 are literally found in the Accused Devices. Below are pictures and illustrations of the CoreValve with each of the limitations identified.

2

16. An aortic valve for regulating a blood flow through an aortic channel surrounded by an aortic wall upon placement therein





Side View

16(a) a ring member

Top View

16(a)(1) a circumference adapted to seat about an aortic wall surrounding an aortic channel

Bottom View

3



16(a)(2) an aperture for blood flow therethrough

16(b) a membrane

16(b)(2) second space-apart open end[s]

16(b)(3) made of a material resistant to a fluid flow therethrough

16(b)(1) first [open end]

4



16(c) means for mounting said first open end of said membrane about said ring aperture with said second open end displaced therefrom

16(c)(1) a first open position to allow a blood flow therethrough

16(c)(2) a second closed position to preclude a blood flow therethrough

5

2. <u>Claim 19</u>

19. The aortic valve as claimed in claim 16 further comprising means for maintaining said ring member in said seat about said aortic wall.

The Accused Devices infringe Claim 19 of the '228 Patent because each of the limitations of Claim 19 are literally found in the Accused Devices. Below are pictures and illustrations of the CoreValve with each of the limitations identified.



19. The aortic valve as claimed in claim 16 further comprising means for maintaining said ring member in said seat about the aortic wall.

3. <u>Claim 20</u>

20. An aortic valve for controlling a blood flow through an aortic channel upon placement therein, said valve comprising:

(a) a tissue valve having

(1) an interior member made of a tissue material and presenting

(2) an opening movable between open and closed positions;

(b) a ring member surrounding said tissue valve, said ring member having

(1) an outer circumference adapted to seat said ring member about an aortic wall surrounding an aortic channel;

(c) means for maintaining said ring member in said seated position about the aortic wall,

(a)(1) said tissue valve interior member responsive to changes of conditions within the aorta for movement of said opening between

(i) a first closed position and

(ii) a second open position.

The Accused Devices infringe claim 20 of the '228 Patent because each of the limitations of claim 20 are literally found in the Accused Devices. Below are pictures and illustrations of the CoreValve with each of the limitations identified.

20. An aortic valve for controlling a blood flow through an aortic channel upon placement therein





Side View

20(b) a ring member surrounding said tissue valve, said ring member

Top View

20(b)(1) an outer circumference adapted to seat said ring member about an aortic wall surrounding an aortic channel

Bottom View

9

20(a)(1) said tissue valve interior member responsive to changes of conditions within the aorta for movement of said opening between (i) a first closed position



20(a)(1) said tissue valve interior member responsive to changes of conditions within the aorta for movement of said opening between (ii) a second open position

10

4.  <u>Claim 21</u>

21. The aortic valve as claimed in claim 20 wherein said tissue valve interior member is responsive to changes in blood pressure in the aorta whereby to move said tissue valve between said first and second positions.

The Accused Devices infringe Claim 21 of the '228 Patent because each of the limitations of Claim 21 are literally found in the Accused Devices. Below are pictures and illustrations of the CoreValve with each of the limitations identified.



21. The aortic valve as claimed in claim 20 wherein said tissue valve interior member is responsive to changes in blood pressure in the aorta whereby to move said tissue valve between said first and second positions.

11

5. <u>Claim 22</u>

22. The aortic valve as claimed in claim 21 wherein said tissue valve interior member moves to said second position in response to systolic ejection of blood from the left ventricle in which the blood pressure in the left ventricle is greater than the blood pressure in the aortic channel..

The Accused Devices infringe Claim 22 of the '228 Patent because each of the limitations of Claim 22 are literally found in the Accused Devices.  Below are pictures and illustrations of the CoreValve with each of the limitations identified.



Valve Open

Blood Pressure/Flow

22.  The aortic valve as claimed in claim 21 wherein said tissue valve interior member moves to said second position in response to systolic ejection of blood from the left ventricle in which the blood pressure in the left ventricle is greater than the blood pressure in the aortic channel.

12

6. <u>Claim 23</u>

23. The aortic valve as claimed in claim 21 wherein said tissue valve interior member moves to said first position in response to diastolic filling of the left ventricle in which the blood pressure in the aortic channel is greater than the blood pressure in the left ventricle.

The Accused Devices infringe Claim 23 of the '228 Patent because each of the limitations of Claim 23 are literally found in the Accused Devices.  Below are pictures and illustrations of the CoreValve with each of the limitations identified.



Blood Pressure/Flow

23.  The aortic valve as claimed in claim 21 wherein said tissue valve interior member moves to said first position in response to diastolic filling of the left ventricle whereby the blood pressure in the aortic channel is greater than the blood pressure in the left ventricle

Valve Closed

13

7.  Claim 24

24. The aortic valve as claimed in claim 20 wherein ring member contacts the wall of the aortic channel and seals said ring against the aortic channel wall to reduce blood flow therearound.

The Accused Devices infringe Claim 24 of the '228 Patent because each of the limitations of Claim 24 are literally found in the Accused Devices.  Below are pictures and illustrations of the CoreValve with each of the limitations identified.

24.  The aortic valve as claimed in claim 20 wherein said ring member contacts the wall of the aortic channel and seals said ring against the aortic channel wall to reduce blood flow therearound.



14

d. <u>Infringement</u>

Claims 16, 19, 20 – 24 of U.S. Patent No. 6,482,228 are literally infringed by the Accused Devices.


Respectfully submitted,

**BARTLE & MARCUS, LLC**
/*s/ David L. Marcus*
David L. Marcus, KS Bar No. 18034
1100 Main Street, Suite 2730
Kansas City, Missouri  64105
Telephone:  816- 256-4699
Facsimile:  816- 222-0534
dmarcus@bmlawkc.com

   -and-

**ERICKSON, KERNELL, DERUSSEAU
& KLEYPAS, LLC**

*/s/ James J. Kernell*
James J. Kernell, KS Bar No. 19559
ERICKSON, KERNELL, DERUSSEAU
& KLEYPAS, LLC
8900 State Line Road, Suite 500
Leawood, Kansas  66206
Telephone:  913-549-4700
Facsimile:  913-549-4646
jjk@kcpatentlaw.com

Attorneys for Plaintiff Troy R. Norred